Lakeville Manufacturing Co., Respondent, v. Herman Homes, Inc., et al., Respondents, and Benny S. Ragonesi et al., Appellants.—

552

No opinion. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.